UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-CV-6508-WPD



FILED BY _____ D.C.

SEP 20 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**Mattel, Inc.**

    Plaintiff,

v.

**R.S. Trading Company, et al.**

    Defendants,

## ORDER REGARDING SEALED DOCUMENTS

Upon a review of the documents under seal in this case, the Clerk's Office is instructed to do the following:

Docket entries _____ shall be

❏ UNSEALED AND SCANNED

Docket entries _____ shall

❏ REMAIN SEALED

Docket entries ____151_____ shall be

☒ UNSEALED AND NOT SCANNED

**AND (check all that apply)**

❏ PLACE IN COURT FILE (for unsealed only)

❏ RETURN TO PARTY _____

☒ TO BE DESTROYED BY CLERK

DONE in Fort Lauderdale, Florida this ___ day of Sept, 2010.

_____
UNITED STATES DISTRICT JUDGE